UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CLIFFORD HOM CHIN and
GAYLE ROBYN CHIN,

                              Plaintiffs,

    v.

UNITED STATES TRUSTEE,

                              Defendant.

No. CV05-570

ORDER

**MOSMAN, J.,**

      This case presents an appeal from a final judgment of the United States Bankruptcy Court, District of Oregon, denying Clifford and Gayle Chin's Chapter 7 petition for a discharge of debt. This court has jurisdiction to hear this appeal pursuant to 28 U.S.C. § 158(a). The court conducts a *de novo* review of the bankruptcy court's conclusions of law, while findings of fact are reviewed for clear error. *See In re Cohen*, 300 F.3d 1097, 1101 (9th Cir. 2002).

      Having reviewed the parties' briefs and the record on appeal, and having heard oral arguments in this case, IT IS ORDERED that this bankruptcy appeal is DENIED for the reasons stated on the record, and that the decision of the bankruptcy court denying debtors' Chapter 7 discharge is hereby AFFIRMED.

      IT IS SO ORDERED.

DATED this   14th   day of   December  , 2005.

                                          /s/ Michael W. Mosman
                                          MICHAEL W. MOSMAN
                                          United States District Court

PAGE 1 - ORDER